Honorable United States Magistrate Judge  4/13/2018
CIVIL ACTION NO. 18-CV-631 DMF/KMM

Katherine Menendez

Donovan Frank

RECEIVED
APR 13 2018
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Amended Complaint.

1. In respect to damages and compensations, I am asking the court For damages in excess of annual salary for the past 2 years and return to my job with full compensation and benefits and I need to be made whole in terms of compensation and benefits for the past 2 years of unemployment.
2. the list of names that need to be summoned to court in the lawsuit under Allina Health System:

- M.S Christy Gullickson, Pharmacy manager and now Pharmacy director. a violation of Americans with Disability Act. a violation of the Civil Rights Act/sexism, nationality. violation of employment laws, rights. ABUSE OF POWER, AUTHORITY.
- M.S Kelly Morris, clinical pharmacist. collusion, fraudulent incident reporting. Collusion.
- MR. Matt kresl, former Pharmacy manager. Currently MTM pharmacist at an Allina Clinic. violation OF ADA, CIVIL, HIPAA rights. fraudulent reporting, malicious targeting.
- MR. Matt Wolf, city manager. violation of ADA, CIVIL RIGHTS. malicious targeting.Collusion.
- MR. Michael HAIGHT, Hospital Pharmacist. violation of civil rights. fraudulent incident reporting.Collusion.
- MR. PAUL GLYNN, former Pharmacy manager. currently working at Prime Therapeutics. violation of ADA, CIVIL RIGHTS. Collusion.
- M.S LEHLIA PASCHKE, Former HR REP. for the Pharmacy Departmnet at ABBOTT Hospital. currently retired. The front person from HR Department colluding with Pharmacy Department management. violation of ADA, CIVIL, Employment laws/rights. violation of my HIPAA.
- M.S Susan Shorter, Registered oncology Nurse at Abbott Hospital. fraudulent incident reporting. Violation of civil rights.
- M.S Jen Hanson, Anne Stern. Both Hospital Pharmacists. COLLUSION. fraudulent reporting.

SCANNED
APR 16 2018
U.S. DISTRICT COURT MPLS

3. the list of names to get subpoenaed to the federal court to testify.

- Mr. Scott Roby, former coworker pharmacist. He informed me of fraudulent reporting by the manager Matt Kresl.
- M.s Brenda Sterner, Hospital Pharmacist, co-worker. she alerted me of collusion and targeting by the pharmacy management, to set me up to fire me.
- Mr. Rabih Nahas, Former co-worker, hospital pharmacist. SEIY Union Steward. Mr. Nahas informed me of collusion and targeting, by pharmacy management to set me up to get me fired.

- M.s Karen Larson, Former co-worker, hospital Pharmacist. karen witnessed how badly I was treated. she acknowledged in her phone texts, she was sorry, she could not set forward and tell the truth and defend me. She did not want to lose her Job. I have her documented TEXTS.
- M.S Anne GERDES, Former co-worker, hospital Pharmacist. Collusion. she reported a very benign text to the management and management used it to place NO TRESSPASING RULE ON ME. VERY FRAUDULENT.

I HAVE BEEN VIOLATED, HIT AND RUN. With the h testimonies of the subpoenas and testimony under oath of the summoned people, I can prove my case within one day.

BEST REGARDS

Armon a. Nahal ( Pharmacist)