# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Armon Nahal,<br><br>  Plaintiff,<br><br>v.<br><br>Allina Health System, Kristi Gullickson, Kelly Moritz, Matt Kresl, Matt Wolf, Michael Haight, Lehlia Paschke, Susan Shorter, Jen Hanson, and Anne Stern,<br><br>  Defendants. | Civil No. 0:18-cv-631 DWF-KMM<br><br>**DEFENDANTS KRISTI GULLICKSON, KELLY MORITZ, MATT KRESL, MATT WOLF, MICHAEL HAIGHT, JEN HANSON AND ANNE STERN'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:  Plaintiff Armon Nahal, 210 West Grant Street, #509, Minneapolis, MN, 55403

Defendants Kristi Gullickson, Kelly Moritz, Matt Kresl, Matt Wolf, Michael Haight, Jen Hanson, and Anne Stern hereby move the United States District Court, District of Minnesota for an Order Dismissing Plaintiff's Second Complaint with prejudice because it fails to state a claim upon which relief can be granted.

The motion will be made upon all the files, records, and proceedings in this action and upon the memorandum and other supporting papers that will be served upon you.

| | |
|---|---|
| Dated: July 13, 2018 | FAEGRE BAKER DANIELS LLP<br><br>*s/Erik A. Mosvick*<br>Charles F. Knapp (#0399018)<br>  *chuck.knapp@faegrebd.com*<br>Erik A. Mosvick (#0395545)<br>  *erik.mosvick@faegrebd.com*<br><br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000<br><br>*Attorneys for Defendants Kristi Gullickson, Kelly Moritz, Matt Kresl, Matt Wolf, Michael Haight, Jen Hanson, and Anne Stern* |