# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Armon Nahal | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-00631-DWF-KMM |
| Allina Health System | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's objections (Doc. No. [132]) to Magistrate Judge Katherine M. Menendez's November 18, 2019 Report and Recommendation are **OVERRULED**.

2. Magistrate Judge Katherine M. Menendez's November 18, 2019 Report and Recommendation (Doc. No. [127]) is **ADOPTED**.

3. Allina's Motion for Summary Judgment (Doc. No. [98]) is **GRANTED**;

and

4. This action is **DISMISSED WITH PREJUDICE**.

Date: 2/24/2020                                             KATE M. FOGARTY, CLERK

                                                                                   s/M. Giorgini
                                                                  (By)   M. Giorgini, Deputy Clerk