## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Armon Nahal,

Plaintiff,

-vs-                                                    18-cv-631 DWF/KMM

Allina Health System,

Defendant.

## **COST JUDGMENT**

The costs of the Defendant, Allina Health System, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Armon Nahal, as follows:

|  | | **Claimed** | **Allowed** |
|---|---|---|---|
| Fees for Transcripts | | $1,889.85 | $1,838.35 |
| | Total | $1,889.85 | $1,838.35 |

Costs, therefore, are taxed against the Plaintiff, Armon Nahal, in the amount of $1,838.35 and judgment is entered accordingly.  Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on April 16, 2020.

KATE M. FOGARTY, CLERK

By: s/ M. Vicklund

M. Vicklund
Deputy Clerk