## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 20-1498

Armon Nahal

Appellant

v.

Allina Health System, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:18-cv-00631-DWF)

_____

**MANDATE**

In accordance with the opinion and judgment of 04/01/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 20, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit